## BARNSDALL REFINING CORPORATION v. RANGE ICE & FUEL COMPANY, INC. AND OTHERS.[1]

January 24, 1941.

No. 32,470.

*Jay H. Hoag* and *N. B. Arnold,* for appellants.
*Ell M. Roston,* for respondent.

GALLAGHER, CHIEF JUSTICE.

This is a companion case of Range I. & F. Co. Inc. v. Barnsdall Oil Co. 209 Minn. 260, 296 N. W. 407, and is determined by our opinion in that case.

The order appealed from is affirmed.

[1]Reported in 296 N. W. 410.